UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.                         **ANSWER TO JURY QUESTION # 1**
                                  Criminal File No. 07-201 (MJD/FLN)

(5) ARMANDO YBARRA,

      Defendant.
_____

    Members of the Jury, you have asked the following:

    Please define element #2 in Jury Inst. #15, page 18.
    voluntarily and intentionally
    OR
    understanding

    Does this mean he voluntarily and intentionally
    OR – not both
    understanding

    Would it be reasonable to also state as . . . .
    two . . . the defendant understood, either at the time it was first reached or at some later time while it was still in effect?

    The answer:

Element number two, in Jury Instruction No. 15, could be restated as follows:

> *Two*, the defendant voluntarily and intentionally joined in the (agreement or understanding), either at the time (the agreement or understanding) was first reached or at some later time while (the agreement or understanding) was still in effect;

Dated:  March 28, 2008                             s / Michael J. Davis
                                                                    Judge Michael J. Davis
                                                                    United States District Court